

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. PD-0602-12, PD-0603-12, PD-0604-12 and PD-0605-12

### DILLON WADE THOMPSON, Appellant

### v.

### THE STATE OF TEXAS

### ON REHEARING OF APPELLANT'S
### PETITION FOR DISCRETIONARY REVIEW
### FROM THE SEVENTH COURT OF APPEALS
### RANDALL COUNTY

*Per curiam.*

### O P I N I O N

Appellant was convicted of indecency with a child, sexual performance by a child, and possession or promotion of child pornography. The Court of Appeals affirmed the convictions. *Thompson v. State*, Nos. 07-11-00060-CR, 07-11-00061-CR, 07-11-00062-CR, 07-11-00063-CR (Tex.App - Amarillo, delivered February 10, 2012). On September 12, 2012, Appellant's petitions for discretionary review were dismissed as untimely filed. Appellant has filed a motion for rehearing requesting reinstatement of his petitions so that

they will be considered by this Court. Appellant's motion for rehearing is granted. His

petitions for discretionary review filed in this Court on July 13, 2012, are filed as of October

31, 2012, and will be considered in accord with Tex.R.App.P. 68.


Delivered October 31, 2012
Do not publish